IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLCAN III PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN TOWER CORPORATION,<br><br>    Defendant. | Civil Action No. 22-cv-02456-LKG<br><br>Dated:  November 2, 2022 |

## SCHEDULING ORDER

On October 18, 2022, the parties filed a joint motion to allow amendment of the complaint and set a deadline for responsive pleading, advising that plaintiff intends to file an amended complaint and requesting that the Court extend the deadline for defendant to file a responsive pleading.  ECF No. 8.

In light of the foregoing, the Court:  (1) **GRANTS** the parties' joint motion (ECF No. 8) and (2) **ORDERS** that:

a. Plaintiff shall **FILE** an amended complaint on or before **November 15, 2022**; and

b. Defendant shall **ANSWER**, or otherwise respond to, the amended complaint on or before **December 6, 2022**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge